# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Lee Hinkel, Sr. and Narily Noon, individually and as a representative of the Classes,<br><br>        Plaintiffs,<br>v.<br><br>Universal Credit Services, LLC,<br><br>        Defendant. | Case No. 2:22-cv-01902-JMY |

## JOINT NOTICE OF SETTLEMENT

  Plaintiffs Jason Lee Hinkel, Sr. and Narily Noon ("Plaintiffs") together with Defendant Universal Credit Services, LLC ("Defendant") (jointly, the "Parties") notify the Court that they have reached a classwide settlement in principle of the above-captioned matter. The Parties are working to formalize the settlement and expect to move for preliminary approval of the same within sixty (60) days of this Notice.

Dated: October 13, 2023       */s/Joseph C. Hashmall*
                  Joseph C. Hashmall*
                  BERGER MONTAGUE PC
                  1229 Tyler Street NE, Suite 205
                  Minneapolis, MN 55413
                  T. 612.594.5996
                  F. 612.584.4470
                  Email: jhashmall@bm.net
                  *admitted *pro hac vice*

                  Shanon J. Carson
                  BERGER MONTAGUE PC
                  1818 Market Street, Suite 3600
                  Philadelphia PA 19103
                  T. 215.875.3000
                  F. 215.875.4604
                  scarson@bm.net

|  |  |
|---|---|
|  | *ATTORNEYS FOR PLAINTIFFS* |
| Date: October 13, 2023 | */s/David M. Gettings* |
|  | Erica H. Dressler |
|  | Erica H. Dressler, PA ID No. 319953 |
|  | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|  | 3000 Two Logan Square, 18th & Arch Streets |
|  | Philadelphia PA 19103 |
|  | T. 215.981.4691 |
|  | F. 215.981.4750 |
|  | erica.dressler@troutman.com |
|  |  |
|  | David M. Gettings, *pro hac vice* |
|  | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|  | 222 Central Park Ave, Suite 2000 |
|  | Virginia Beach VA 23462 |
|  | T. 757.687.7500 |
|  | F. 757.687.1504 |
|  | David.gettings@troutman.com |
|  |  |
|  | *ATTORNEYS FOR DEFENDANT* |