UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Lee Hinkel, Sr. and Narily Noon, Individually and as representatives of the Class,<br><br>Plaintiffs,<br><br>v.<br><br>Universal Credit Services, LLC,<br><br>Defendant. | Case No. 2:22-cv-01902-KBH |

# MOTION FOR FINAL APPROVAL
# OF CLASS ACTION SETTLEMENT

Plaintiffs Jason Lee Hinkel, Sr. and Narily Noon ("Plaintiffs"), individually and on behalf of the Settlement Class, respectfully move the Court for final approval of the class action settlement with Defendant Universal Credit Services, LLC ("Defendant"). Defendant does not oppose the relief sought in this Motion.

Dated: April 23, 2024

/s/Joseph C. Hashmall
BERGER MONTAGUE PC
E. Michelle Drake, *pro hac vice*
Joseph C. Hashmall, *pro hac vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jhashmall@bm.net

Shanon J. Carson, Bar No. 85957
Mark B. DeSanto, Bar No. 320310
BERGER MONTAGUE PC
1818 Market Street, Suite 3600

Philadelphia, PA 19103
T. 215-875-3000
F. 215-875-4604
scarson@bm.net
mdesanto@bm.net

*Counsel for Plaintiffs*

2